MARY DANA, Appellant, *v.* METROPOLITAN LIFE INSUR-ANCE COMPANY, Respondent.

(Argued January 18, 1934; decided February 27, 1934.)

*David Goldstein* and *Thomas G. Frost* for appellant.
*William B. Moore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.